# Third District Court of Appeal

## State of Florida

Opinion filed July 27, 2016.

_____

No. 3D15-2517
Lower Tribunal No. 12-12616
_____

**Carlos Murray and Vivian Murray,**
Appellants,

vs.

**Wilmington Trust,**
Appellee.


An Appeal from the Circuit Court for Miami-Dade County, John Schlesinger, Judge.

Law Offices of E.I. Friedman, P.A., and Eyal I. Friedman, for appellants.

McGuireWoods LLP, and Sara F. Holladay-Tobias and Emily Y. Rottmann (Jacksonville), for appellee.


Before EMAS, FERNANDEZ and SCALES, JJ.

FERNANDEZ, J.

Appellants Carlos and Vivian Murray appeal the trial court's Final Judgment of Foreclosure. We agree with appellee Wilmington Trust's confession of error that the trial court's Final Judgment of Foreclosure must be reversed. Accordingly, we reverse the Final Judgment of Foreclosure and remand for further proceedings consistent with this opinion.

Reversed and remanded.